UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO CALDERON,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.  1:22-cv-00890-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY THE FILING FEE<br><br>(Doc. Nos. 2, 4) |

Plaintiff Eduardo Calderon, represented by counsel, filed a complaint on July 19, 2022, challenging a final decision of the Commissioner of Social Security denying his application for disability benefits.  (Doc. No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed a long form application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. (Doc. No. 2.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2022, the Court issued findings and recommendations to deny plaintiff's IFP application and require payment of the $402 filing fee, on the basis that plaintiff's annual household income was greater than the 2022 federal poverty guideline for a household of four persons, that plaintiff's monthly household income exceeds his monthly expenses by over $1,000, and that plaintiff's expenses reflected at least some extent of discretionary spending

1 beyond strict necessity that do not suggest plaintiff is living in poverty.  (Doc. No. 4.)  Plaintiff
2 was advised that any objections to the findings and recommendations must be filed within
3 fourteen days of the magistrate judge's order, that is, by August 10, 2022.  The deadline to file
4 objections to the findings and recommendations has passed, and no objections have been filed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

   Accordingly:

1. The findings and recommendations issued on July 27, 2022 (Doc. No. 4) are adopted in full;
2. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is denied; and
3. Within thirty (30) days of issuance of this order, Plaintiff shall pay the $402.00 filing fee in full in order to proceed with this action, or face dismissal of this action.

IT IS SO ORDERED.

Dated:   August 31, 2022

UNITED STATES DISTRICT JUDGE