UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO CALDERON,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  1:22-cv-00890-ADA-SAB<br><br>ORDER DISMISSING ACTION FOR FAILURE TO OBEY COURT ORDERS AND FAILURE TO PAY FILING FEE<br><br>(Doc. No. 6) |

On July 19, 2022, Plaintiff Eduardo Calderon, represented by counsel, filed this action. (Doc. No. 1.) Plaintiff did not pay the filing fee in this action and instead filed a long form application to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915.  (Doc. No. 2.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2022, the assigned Magistrate Judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* be denied and that plaintiff be required to pay the $402.00 filing fee in full to proceed with this action.  (Doc. No. 4.) On September 1, 2022, the undersigned adopted the findings and recommendations in full and ordered plaintiff to pay the $402.00 filing fee within thirty (30) days of the date of service.  (Doc. No. 6.) In that order, plaintiff was also warned that if he failed to pay the filing fee within the

specified time, the action would be dismissed. (*Id* at 2.) The deadline to pay the filing fee has passed and plaintiff has neither paid the fee nor requested additional time to do so.

Accordingly:

1. The action is DISMISSED for plaintiff's failure to obey court orders and failure to pay the filing fee for this action; and

2. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   November 23, 2022

_____
UNITED STATES DISTRICT JUDGE