## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**EDUARDO CALDERON,**

CASE NO: **1:22–CV–00890–ADA–SAB**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/23/2022**

**Keith Holland**
Clerk of Court

ENTERED: **November 23, 2022**

by: /s/ A. Lawrence
Deputy Clerk